UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| In re: HERDING, NORBERT L | § | Case No. 08-72734 |
| HERDING, ELKE E | § | |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. The debtor filed a petition under Chapter 7 of the United States Bankruptcy Code on August 26, 2008. The undersigned trustee was appointed on December 29, 2008.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of         $     245,000.80

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Administrative expenses | 78,703.65 |
   | Payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 11,799.58 |
   | Payments to the debtor | 15,000.00 |
   | Leaving a balance on hand of[1]   $ | 139,497.57 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing claims in this case was 03/10/2009. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (9/1/2009)**

    8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $9,513.29. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

    The trustee has received $0.00 as interim compensation and now requests the sum of $9,513.29, for a total compensation of $9,513.29. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 07/02/2010      By:/s/STEPHEN G. BALSLEY
                            Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TFR (9/1/2009)**

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 08-72734
**Case Name:** HERDING, NORBERT L
HERDING, ELKE E
**Period Ending:** 07/02/10

**Trustee:** (330410) STEPHEN G. BALSLEY
**Filed (f) or Converted (c):** 08/26/08 (f)
**§341(a) Meeting Date:** 09/25/08
**Claims Bar Date:** 03/10/09

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 3504 Highland Drive, Island Lake, IL | 295,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Wauconda Community Bank - checking account | 0.00 | 0.00 | DA | 0.00 | FA |
| 3 | Household goods and furnishings | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 4 | Clothing | 400.00 | 0.00 | DA | 0.00 | FA |
| 5 | Personal injury claim | Unknown | 40,000.00 | DA | 245,000.00 | FA |
| 6 | 2002 Chevrolet Cavalier | 2,300.00 | 0.00 | DA | 0.00 | FA |
| 7 | 2005 Dodge Caravan | 4,400.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 0.80 | Unknown |
| 8 | **Assets** Totals (Excluding unknown values) | **$303,100.00** | **$40,000.00** | | **$245,000.80** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):** January 30, 2010     **Current Projected Date Of Final Report (TFR):** July 2, 2010 (Actual)

Printed: 07/02/2010 02:04 PM     V.12.08

Case 08-72734    Doc 40    Filed 08/10/10    Entered 08/10/10 16:06:02    Desc Main
Document    Page 4 of 10

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 08-72734 | | Trustee: | STEPHEN G. BALSLEY (330410) |
|---|---|---|---|---|
| Case Name: | HERDING, NORBERT L | | Bank Name: | The Bank of New York Mellon |
| | HERDING, ELKE E | | Account: | 9200-******56-65 - Money Market Account |
| Taxpayer ID #: | **-***0984 | | Blanket Bond: | $1,500,000.00  (per case limit) |
| Period Ending: | 07/02/10 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 06/25/10 | | Markham M. Jeep & Assoc., P.C. | Settlement Proceeds re: Special Eduction District of McHenry | | | 139,496.77 | | 139,496.77 |
| | {5} | | Total Settlement Proceeds | 245,000.00 | 1142-000 | | | 139,496.77 |
| | | | Attorney Markham M. Jeep Attorney Fees | -77,902.00 | 3210-600 | | | 139,496.77 |
| | | | Attorney Markham M. Jeep Costs | -801.65 | 3220-610 | | | 139,496.77 |
| | | | PI Exemption to Debtor | -15,000.00 | 8100-002 | | | 139,496.77 |
| | | | Medicare Set Aside | -11,294.00 | 8500-002 | | | 139,496.77 |
| | | | Medicare | -505.58 | 8500-002 | | | 139,496.77 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | | 1270-000 | 0.80 | | 139,497.57 |
| | | | ACCOUNT TOTALS | | | 139,497.57 | 0.00 | $139,497.57 |
| | | | Less: Bank Transfers | | | 0.00 | 0.00 | |
| | | | Subtotal | | | 139,497.57 | 0.00 | |
| | | | Less: Payments to Debtors | | | | 15,000.00 | |
| | | | NET Receipts / Disbursements | | | $139,497.57 | $-15,000.00 | |

| | TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|---|
| | MMA # 9200-******56-65 | 139,497.57 | -15,000.00 | 139,497.57 |
| | | $139,497.57 | $0.00 | $139,497.57 |

{} Asset reference(s)

Printed: 07/02/2010 02:04 PM    V.12.08

| Printed: 07/02/10 02:04 PM | Claims Distribution Register | Page: 1 |

## Claims Distribution Register

**Case: 08-72734    HERDING, NORBERT L**

| Claim # | Date | Pri | Claimant / Proof / <Category> / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| **Admin Ch. 7 Claims:** | | | | | | | | |
| | 08/26/08 | 200 | Barrick, Switzer, Long, Balsley & Van Evera<br>6833 Stalter Drive<br>Rockford, IL 61108<br><3110-00  Attorney for Trustee Fees (Trustee Firm)> | 2,605.50 | 2,605.50 | 0.00 | 2,605.50 | 2,605.50 |
| | 08/26/08 | 200 | STEPHEN G. BALSLEY<br>6833 STALTER DRIVE<br>ROCKFORD, IL 61108<br><2100-00  Trustee Compensation><br>[Updated by Surplus to Debtor Report based on Net Estate Value: 125265.81] | 9,513.29 | 9,513.29 | 0.00 | 9,513.29 | 9,513.29 |
| | | | Total for Priority 200:   100% Paid | $12,118.79 | $12,118.79 | $0.00 | $12,118.79 | $12,118.79 |
| | | | Total for Admin Ch. 7 Claims: | $12,118.79 | $12,118.79 | $0.00 | $12,118.79 | $12,118.79 |
| **Unsecured Claims:** | | | | | | | | |
| 1 | 12/17/08 | 610 | Roundup Funding, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221<br><7100-00  General Unsecured § 726(a)(2)><br>MS 550<br>PO Box 91121<br>Seattle, WA 981119221 | 190.26 | 190.26 | 0.00 | 190.26 | 190.26 |
| 2 | 12/17/08 | 610 | Roundup Funding, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221<br><7100-00  General Unsecured § 726(a)(2)><br>MS 550<br>PO Box 91121<br>Seattle, WA 981119221 | 3,617.79 | 3,617.79 | 0.00 | 3,617.79 | 3,617.79 |
| 3 | 12/22/08 | 610 | Advanta Bank Corp<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701<br><7100-00  General Unsecured § 726(a)(2)><br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 193550701 | 4,822.70 | 4,822.70 | 0.00 | 4,822.70 | 4,822.70 |
| 4 | 12/31/08 | 610 | eCAST Settlement Corporation<br>assignee of<br>HSBC Bank Nevada and its Assigns<br>POB 35480<br>Newark, NJ 07193-5480<br><7100-00  General Unsecured § 726(a)(2)><br>HSBC Bank Nevada and its Assigns | 1,181.63 | 1,181.63 | 0.00 | 1,181.63 | 1,181.63 |

Printed: 07/02/10 02:04 PM

## Claims Distribution Register

Page: 2

Case: 08-72734   HERDING, NORBERT L

| Claim # | Date | Pri | Claimant / Proof / &lt;Category&gt; / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| | | | POB 35480<br>Newark, NJ 071935480<br>-----***----- | | | | | |
| 5 | 02/02/09 | 610 | HSBC CONSUMER LENDING USA INC<br>by eCAST Settlement Corporation<br>as its agent,POB 35480<br>Newark, NJ 07193-5480<br>&lt;7100-00   General Unsecured § 726(a)(2)&gt;<br>by eCAST Settlement Corporation<br>as its agent,POB 35480<br>Newark, NJ 071935480<br>-----***----- | 14,949.18 | 14,949.18 | 0.00 | 14,949.18 | 14,949.18 |
| 6 | 02/13/09 | 610 | Recovery Management Systems Corporation<br>For GE Money Bank<br>dba EMPIRE/GEMB,25 SE 2nd Ave Ste 1120<br>Miami, FL 33131<br>&lt;7100-00   General Unsecured § 726(a)(2)&gt;<br>For GE Money Bank<br>dba EMPIRE/GEMB,25 SE 2nd Ave Ste 1120<br>Miami, FL 33131<br>-----***----- | 1,094.73 | 1,094.73 | 0.00 | 1,094.73 | 1,094.73 |
| | | | Total for Priority 610:   100% Paid | $25,856.29 | $25,856.29 | $0.00 | $25,856.29 | $25,856.29 |
| 7 | 04/08/10 | 620 | Chase Bank USA NA<br>PO BOX 15145<br>Wilmington, DE 19850-5145<br>&lt;7200-00   Tardy General Unsecured § 726(a)(3)&gt;<br>PO BOX 15145<br>Wilmington, DE 198505145<br>-----***-----<br>Claim is allowed as a late-filed claim.<br>Priority 620:   100% Paid | 7,287.64 | 7,287.64 | 0.00 | 7,287.64 | 7,287.64 |
| 1I | 12/17/08 | 640 | Roundup Funding, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221<br>&lt;7990-00   Surplus Cases Interest on Unsecured Claims (including priority)&gt; | 7.46 | 7.46 | 0.00 | 7.46 | 7.46 |
| 2I | 12/17/08 | 640 | Roundup Funding, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221<br>&lt;7990-00   Surplus Cases Interest on Unsecured Claims (including priority)&gt; | 141.84 | 141.84 | 0.00 | 141.84 | 141.84 |
| 3I | 12/22/08 | 640 | Advanta Bank Corp<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701<br>&lt;7990-00   Surplus Cases Interest on Unsecured Claims (including priority)&gt; | 189.08 | 189.08 | 0.00 | 189.08 | 189.08 |

Printed: 07/02/10 02:04 PM

# Claims Distribution Register

Page: 3

## Case: 08-72734   HERDING, NORBERT L

| Claim # | Date | Pri | Claimant / Proof / &lt;Category&gt; / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| 4I | 12/31/08 | 640 | eCAST Settlement Corporation<br>assignee of<br>HSBC Bank Nevada and its Assigns<br>POB 35480<br>Newark, NJ 07193-5480<br>&lt;7990-00   Surplus Cases Interest on Unsecured Claims (including priority)&gt; | 46.33 | 46.33 | 0.00 | 46.33 | 46.33 |
| 5I | 02/02/09 | 640 | HSBC CONSUMER LENDING USA INC<br>by eCAST Settlement Corporation<br>as its agent,POB 35480<br>Newark, NJ 07193-5480<br>&lt;7990-00   Surplus Cases Interest on Unsecured Claims (including priority)&gt; | 586.09 | 586.09 | 0.00 | 586.09 | 586.09 |
| 6I | 02/13/09 | 640 | Recovery Management Systems Corporation<br>For GE Money Bank<br>dba EMPIRE/GEMB,25 SE 2nd Ave Ste 1120<br>Miami, FL 33131<br>&lt;7990-00   Surplus Cases Interest on Unsecured Claims (including priority)&gt; | 42.92 | 42.92 | 0.00 | 42.92 | 42.92 |
| 7I | 04/08/10 | 640 | Chase Bank USA NA<br>PO BOX 15145<br>Wilmington, DE 19850-5145<br>&lt;7990-00   Surplus Cases Interest on Unsecured Claims (including priority)&gt; | 285.72 | 285.72 | 0.00 | 285.72 | 285.72 |
| | | | Total for Priority 640:   100% Paid | $1,299.44 | $1,299.44 | $0.00 | $1,299.44 | $1,299.44 |
| SURPLUS | 08/26/08 | 650 | HERDING, NORBERT L<br>3504 HIGHLAND DR.<br>ISLAND LAKE, IL 60042<br>&lt;8200-00   Surplus Funds Paid to Debtor § 726 (a)(6) (incl pmts to shareholders & ltd part)&gt; | 92,935.41 | 92,935.41 | 0.00 | 92,935.41 | 92,935.41 |
| | | | Priority 650:   100% Paid | | | | | |
| | | | Total for Unsecured Claims: | $127,378.78 | $127,378.78 | $0.00 | $127,378.78 | $127,378.78 |
| | | | Total for Case : | $139,497.57 | $139,497.57 | $0.00 | $139,497.57 | $139,497.57 |

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 08-72734
Case Name: HERDING, NORBERT L
Trustee Name: STEPHEN G. BALSLEY

Claims of secured creditors will be paid as follows:

*Claimant*                                                                *Proposed Payment*

N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| | *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|---|
| Trustee | STEPHEN G. BALSLEY | $ 9,513.29 | $ |
| Attorney for trustee | Barrick, Switzer, Long, Balsley & Van Evera | $ 2,605.50 | $ |
| Appraiser | | $ | $ |
| Auctioneer | | $ | $ |
| Accountant | | $ | $ |
| Special Attorney for trustee | | $ | $ |
| Charges, | U.S. Bankruptcy Court | $ | $ |
| Fees, | United States Trustee | $ | $ |
| Other | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

*Reason/Applicant*              *Fees*              *Expenses*

**UST Form 101-7-TFR (9/1/2009)**

*Attorney for debtor* _____ $_____ $_____
*Attorney for* _____ $_____ $_____
*Accountant for* _____ $_____ $_____
*Appraiser for* _____ $_____ $_____
*Other* _____ $_____ $_____

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| | N/A | | |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 25,856.29 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 103.9 percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 1 | Roundup Funding, LLC | $ 190.26 | $ 190.26 |
| 1I | Roundup Funding, LLC | $ 7.46 | $ 7.46 |
| 2 | Roundup Funding, LLC | $ 3,617.79 | $ 3,617.79 |
| 2I | Roundup Funding, LLC | $ 141.84 | $ 141.84 |
| 3 | Advanta Bank Corp | $ 4,822.70 | $ 4,822.70 |
| 3I | Advanta Bank Corp | $ 189.08 | $ 189.08 |
| 4 | eCAST Settlement Corporation assignee of | $ 1,181.63 | $ 1,181.63 |
| 4I | eCAST Settlement Corporation assignee of | $ 46.33 | $ 46.33 |
| 5 | HSBC CONSUMER LENDING USA INC | $ 14,949.18 | $ 14,949.18 |
| 5I | HSBC CONSUMER LENDING USA INC | $ 586.09 | $ 586.09 |
| | Recovery Management | | |

**UST Form 101-7-TFR (9/1/2009)**

| | | | |
|---|---|---|---|
| 6 | Systems Corporation | $ 1,094.73 | $ 1,094.73 |
| 61 | Recovery Management Systems Corporation | $ 42.92 | $ 42.92 |

Tardily filed claims of general (unsecured) creditors totaling $ 7,287.64 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 103.9 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 7 | Chase Bank USA NA | $ 7,287.64 | $ 7,287.64 |
| 7I | Chase Bank USA NA | $ 285.72 | $ 285.72 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | N/A | | |

The amount of surplus returned to the debtor after payment of all claims and interest is $92,935.41.

**UST Form 101-7-TFR (9/1/2009)**