UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| In re: HERDING, NORBERT L | § | Case No. 08-72734 |
| HERDING, ELKE E | § | |
| | § | |
| Debtor(s) | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that STEPHEN G. BALSLEY, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
211 South Court Street
Room 110
Rockford, IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30AM on 09/01/2010 in Courtroom 115, United States Courthouse,
211 South Court Street
Room 115
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _/ /_____    By: /s/STEPHEN G. BALSLEY
                                        Trustee

STEPHEN G. BALSLEY
6833 STALTER DRIVE
ROCKFORD, IL 61108

UST Form 101-7-NFR (9/1/2009)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| In re: HERDING, NORBERT L | § | Case No. 08-72734 |
| HERDING, ELKE E | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| The Final Report shows receipts of | $ 245,000.80 |
| and approved disbursements of | $ 105,503.23 |
| leaving a balance on hand of  [1] | $ 139,497.57 |

Claims of secured creditors will be paid as follows:

| Claimant | Proposed Payment |
|---|---|
| N/A | |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | | Fees | Expenses |
|---|---|---|---|
| Trustee | STEPHEN G. BALSLEY | $ 9,513.29 | $ |
| Attorney for trustee | Barrick, Switzer, Long, Balsley & Van Evera | $ 2,605.50 | $ |
| Appraiser | | $ | $ |
| Auctioneer | | $ | $ |
| Accountant | | $ | $ |
| Special Attorney for trustee | | $ | $ |
| Charges, | U.S. Bankruptcy Court | $ | $ |
| Fees, | United States Trustee | $ | $ |
| Other | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---|---|

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (9/1/2009)**

| | | | |
|---|---|---|---|
| *Attorney for debtor* | _____ | $_____ | $_____ |
| *Attorney for* | _____ | $_____ | $_____ |
| *Accountant for* | _____ | $_____ | $_____ |
| *Appraiser for* | _____ | $_____ | $_____ |
| *Other* | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

*Claim Number   Claimant                                    Allowed Amt. of Claim   Proposed Payment*
                            N/A

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 25,856.29 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 103.9 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Roundup Funding, LLC | $ 190.26 | $ 190.26 |
| 1I | Roundup Funding, LLC | $ 7.46 | $ 7.46 |
| 2 | Roundup Funding, LLC | $ 3,617.79 | $ 3,617.79 |
| 2I | Roundup Funding, LLC | $ 141.84 | $ 141.84 |
| 3 | Advanta Bank Corp | $ 4,822.70 | $ 4,822.70 |
| 3I | Advanta Bank Corp | $ 189.08 | $ 189.08 |
| 4 | eCAST Settlement Corporation assignee of | $ 1,181.63 | $ 1,181.63 |
| 4I | eCAST Settlement Corporation assignee of | $ 46.33 | $ 46.33 |
| 5 | HSBC CONSUMER LENDING USA INC | $ 14,949.18 | $ 14,949.18 |
| 5I | HSBC CONSUMER LENDING USA INC | $ 586.09 | $ 586.09 |
| | Recovery Management | | |

**UST Form 101-7-NFR (9/1/2009)**

| | | | |
|---|---|---|---|
| 6 | Systems Corporation | $ 1,094.73 | $ 1,094.73 |
| 61 | Recovery Management Systems Corporation | $ 42.92 | $ 42.92 |

Tardily filed claims of general (unsecured) creditors totaling $ 7,287.64 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 103.9 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 7 | Chase Bank USA NA | $ 7,287.64 | $ 7,287.64 |
| 71 | Chase Bank USA NA | $ 285.72 | $ 285.72 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | N/A | | |

The amount of surplus returned to the debtor after payment of all claims and interest is $92,935.41.

**UST Form 101-7-NFR (9/1/2009)**

Prepared By: /s/STEPHEN G. BALSLEY
Trustee

STEPHEN G. BALSLEY
6833 STALTER DRIVE
ROCKFORD, IL 61108

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (9/1/2009)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-3           User: mrahmoun              Page 1 of 1                  Date Rcvd: Aug 11, 2010
Case: 08-72734                 Form ID: pdf006             Total Noticed: 22

The following entities were noticed by first class mail on Aug 13, 2010.
db/jdb        +Norbert L Herding,    Elke E Herding,    3504 Highland Dr.,    Island Lake, IL 60042-9531
aty           +John H Redfield,    John H. Redfield & Associates, P.C.,    102 S. Wynstone Park Drive,    Suite 201,
                North Barrington, IL 60010-6917
tr            +Stephen G Balsley,    Barrick, Switzer, Long, Balsley, etal,    6833 Stalter Drive,
                Rockford, IL 61108-2579
12550611     ++ADVANTA,    700 DRESHER RD,    HORSHAM PA 19044-2206
               (address filed with court: Advanta,    P.O. Box 8088,    Philadelphia, PA 19101)
12984205     ++ADVANTA,    700 DRESHER RD,    HORSHAM PA 19044-2206
               (address filed with court: Advanta Bank Corp,    c o Becket and Lee LLP,    POB 3001,
                Malvern PA 19355-0701)
12550624     ++CHASE CARD SERVICES,    201 NORTH WALNUT STREET,    ATTN MARK PASCALE,    MAIL STOP DE1-1406,
                WILMINGTON DE 19801-2920
               (address filed with court: Washington Mutual Card Services,    P.O. Box 660487,
                Dallas, TX 75266)
12550612      +Capital One,    P.O. Box 26074,    Richmond, VA 23260-6074
12550613      +Capital One,    P.O. Box 5294,    Carol Stream IL 60197-5294
15390436       Chase Bank USA NA,    PO BOX 15145,    Wilmington, DE 19850-5145
12550615      +Citizens Automobile Fin,    Operations Center,    1 Citizens Drive,    Riverside, RI 02915-3019
12550616       First Equity Card Corp.,    P.O. Box 23029,    Columbus, GA 31902-3029
12550617       HFC,    P.O. Box 17574,    Baltimore, MD 21297-1574
13482806       HSBC CONSUMER LENDING USA INC,    by eCAST Settlement Corporation,    as its agent,    POB 35480,
                Newark NJ 07193-5480
12550619       HSBC Card Services,    P.O.Box 81622,    Salinas, CA 93912-1622
12550618       Homecomings Financial,    P.O. Box 205,    Waterloo, IA 50704-0205
12550620       Juniper Card Service,    P.O. Box 13337,    Philadelphia, PA 19101-3337
12550621      +McHenry County Collector,    2200 N. Seminary Avenue,    Woodstock, IL 60098-2698
12550623       Sears Credit Cards,    P.O. Box 183081,    Columbus, OH 43218-3081
13005926       eCAST Settlement Corporation assignee of,    HSBC Bank Nevada and its Assigns,    POB 35480,
                Newark NJ 07193-5480
The following entities were noticed by electronic transmission on Aug 11, 2010.
12734718      +E-mail/PDF: gecsedi@recoverycorp.com Aug 12 2010 02:09:37       GE Money Bank,
                Recovery Management Systems Corp,    25 S. E. 2nd Ave., Ste 1120,    Miami, FL 33131-1605,
                Attn: Ramesh Singh
13522456      +E-mail/PDF: rmscedi@recoverycorp.com Aug 12 2010 02:09:37       Recovery Management Systems Corporation,
                For GE Money Bank,    dba EMPIRE/GEMB,    25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
12970456       E-mail/PDF: BNCEmails@blinellc.com Aug 12 2010 02:05:18       Roundup Funding, LLC,    MS 550,
                PO Box 91121,    Seattle, WA 98111-9221
                                                                                              TOTAL: 3

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*          +Stephen G Balsley,    Barrick, Switzer, Long, Balsley, etal,    6833 Stalter Drive,
                Rockford, IL 61108-2579
12550614*     +Capital One,    P.O. Box 5294,    Carol Stream IL 60197-5294
12550622*     +McHenry County Collector,    2200 N. Seminary Avenue,    Woodstock, IL 60098-2698
                                                                                              TOTALS: 0, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 13, 2010**          **Signature:** *Joseph Speetjens*