**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| In re: HERDING, NORBERT L | § Case No. 08-72734 |
| HERDING, ELKE E | § |
| | § |
| Debtor(s) | § |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

STEPHEN G. BALSLEY, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned:  $303,100.00           Assets Exempt:  $42,400.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $34,560.78        Claims Discharged
                                                    Without Payment:  $21,626.20

Total Expenses of Administration:  $90,822.44

---

3)  Total gross receipts of $    245,017.38   (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $    119,634.16   (see **Exhibit 2**), yielded net receipts of $125,383.22 from the liquidation of the property of the estate, which was distributed as follows:

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $276,141.70 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 90,822.44 | 90,822.44 | 90,822.44 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 53,113.41 | 34,560.78 | 34,560.78 | 34,560.78 |
| **TOTAL DISBURSEMENTS** | $329,255.11 | $125,383.22 | $125,383.22 | $125,383.22 |

    4) This case was originally filed under Chapter 7 on August 26, 2008. The case was pending for 29 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/29/2010           By: /s/STEPHEN G. BALSLEY
                                                      Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 − GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Personal injury claim | 1142-000 | 245,000.00 |
| Interest Income | 1270-000 | 17.38 |
| **TOTAL GROSS RECEIPTS** | | **$245,017.38** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 − FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Markham M. Jeep & Assoc., P.C. | PI Exemption to Debtor | 8100-002 | 15,000.00 |
| Markham M. Jeep & Assoc., P.C. | Medicare Set Aside | 8500-002 | 11,294.00 |
| Markham M. Jeep & Assoc., P.C. | Medicare | 8500-002 | 505.58 |
| HERDING, NORBERT L | Dividend paid 100.00% on $92,834.58; Claim# SURPLUS; Filed: $92,834.58; Reference: | 8200-000 | 92,834.58 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$119,634.16** |

## EXHIBIT 3 − SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Homecomings Financial | 4110-000 | 268,000.00 | N/A | N/A | 0.00 |
| NOTFILED | McHenry County Collector | 4110-000 | 2,700.00 | N/A | N/A | 0.00 |
| NOTFILED | McHenry County Collector | 4110-000 | 2,641.70 | N/A | N/A | 0.00 |
| NOTFILED | Citizens Automobile Fin Operations Center | 4110-000 | 2,800.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$276,141.70** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| STEPHEN G. BALSLEY | 2100-000 | N/A | 9,513.29 | 9,513.29 | 9,513.29 |
| Barrick, Switzer, Long, Balsley & Van Evera | 3110-000 | N/A | 2,605.50 | 2,605.50 | 2,605.50 |
| Markham M. Jeep & Assoc., P.C. | 3210-600 | N/A | 77,902.00 | 77,902.00 | 77,902.00 |
| Markham M. Jeep & Assoc., P.C. | 3220-610 | N/A | 801.65 | 801.65 | 801.65 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | N/A | 90,822.44 | 90,822.44 | 90,822.44 |

## EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 −PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 −GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Roundup Funding, LLC | 7100-000 | N/A | 190.26 | 190.26 | 190.26 |
| 1I | Roundup Funding, LLC | 7990-000 | N/A | 8.13 | 8.13 | 8.13 |
| 2 | Roundup Funding, LLC | 7100-000 | 3,324.23 | 3,617.79 | 3,617.79 | 3,617.79 |
| 2I | Roundup Funding, LLC | 7990-000 | N/A | 154.66 | 154.66 | 154.66 |
| 3 | Advanta Bank Corp | 7100-000 | 4,661.80 | 4,822.70 | 4,822.70 | 4,822.70 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 3I | Advanta Bank Corp | 7990-000 | N/A | 206.16 | 206.16 | 206.16 |
| 4 | eCAST Settlement Corporation assignee of | 7100-000 | 1,750.00 | 1,181.63 | 1,181.63 | 1,181.63 |
| 4I | eCAST Settlement Corporation assignee of | 7990-000 | N/A | 50.51 | 50.51 | 50.51 |
| 5 | HSBC CONSUMER LENDING USA INC | 7100-000 | 14,591.34 | 14,949.18 | 14,949.18 | 14,949.18 |
| 5I | HSBC CONSUMER LENDING USA INC | 7990-000 | N/A | 639.05 | 639.05 | 639.05 |
| 6 | Recovery Management Systems Corporation | 7100-000 | N/A | 1,094.73 | 1,094.73 | 1,094.73 |
| 6I | Recovery Management Systems Corporation | 7990-000 | N/A | 46.80 | 46.80 | 46.80 |
| 7 | Chase Bank USA NA | 7200-000 | 7,159.84 | 7,287.64 | 7,287.64 | 7,287.64 |
| 7I | Chase Bank USA NA | 7990-000 | N/A | 311.54 | 311.54 | 311.54 |
| NOTFILED | Capital One | 7100-000 | 2,450.00 | N/A | N/A | 0.00 |
| NOTFILED | Capital One | 7100-000 | 4,861.17 | N/A | N/A | 0.00 |
| NOTFILED | Capital One | 7100-000 | 1,950.00 | N/A | N/A | 0.00 |
| NOTFILED | Sears Credit Cards | 7100-000 | 3,120.00 | N/A | N/A | 0.00 |
| NOTFILED | First Equity Card Corp. | 7100-000 | 9,245.03 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 53,113.41 | 34,560.78 | 34,560.78 | 34,560.78 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 08-72734  
**Case Name:** HERDING, NORBERT L  
HERDING, ELKE E  
**Period Ending:** 01/26/11

**Trustee:** (330410) STEPHEN G. BALSLEY  
**Filed (f) or Converted (c):** 08/26/08 (f)  
**§341(a) Meeting Date:** 09/25/08  
**Claims Bar Date:** 03/10/09

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) | | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Ref. # | | | | | | |
| 1 | 3504 Highland Drive, Island Lake, IL | 295,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Wauconda Community Bank - checking account | 0.00 | 0.00 | DA | 0.00 | FA |
| 3 | Household goods and furnishings | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 4 | Clothing | 400.00 | 0.00 | DA | 0.00 | FA |
| 5 | Personal injury claim    See Corrected Order to Compromise Controversy entered June 9, 2010. | Unknown | 0.00 | DA | 245,000.00 | FA |
| 6 | 2002 Chevrolet Cavalier | 2,300.00 | 0.00 | DA | 0.00 | FA |
| 7 | 2005 Dodge Caravan | 4,400.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 17.38 | FA |
| 8 | Assets    Totals (Excluding unknown values) | **$303,100.00** | **$0.00** | | **$245,017.38** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**    January 30, 2010    **Current Projected Date Of Final Report (TFR):**    July 2, 2010  (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 08-72734  
**Case Name:** HERDING, NORBERT L  
HERDING, ELKE E  
**Taxpayer ID #:** **-***0984  
**Period Ending:** 01/26/11

**Trustee:** STEPHEN G. BALSLEY (330410)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******56-65 - Money Market Account  
**Blanket Bond:** $1,500,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|---|
| 06/25/10 | | Markham M. Jeep & Assoc., P.C. | Settlement Proceeds re: Special Eduction District of McHenry | | | 139,496.77 | | 139,496.77 |
| | {5} | | Total Settlement Proceeds | 245,000.00 | 1142-000 | | | 139,496.77 |
| | | | Attorney Markham M. Jeep Attorney Fees | -77,902.00 | 3210-600 | | | 139,496.77 |
| | | | Attorney Markham M. Jeep Costs | -801.65 | 3220-610 | | | 139,496.77 |
| | | | PI Exemption to Debtor | -15,000.00 | 8100-002 | | | 139,496.77 |
| | | | Medicare Set Aside | -11,294.00 | 8500-002 | | | 139,496.77 |
| | | | Medicare | -505.58 | 8500-002 | | | 139,496.77 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | | 1270-000 | 0.80 | | 139,497.57 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | | 1270-000 | 8.29 | | 139,505.86 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | | 1270-000 | 8.29 | | 139,514.15 |
| 09/01/10 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0300% | | 1270-000 | 0.00 | | 139,514.15 |
| 09/01/10 | | To Account #9200******5666 | Transfer to Closed Money Market Account | | 9999-000 | | 139,514.15 | 0.00 |
| | | | **ACCOUNT TOTALS** | | | 139,514.15 | 139,514.15 | $0.00 |
| | | | Less: Bank Transfers | | | 0.00 | 139,514.15 | |
| | | | **Subtotal** | | | 139,514.15 | 0.00 | |
| | | | Less: Payments to Debtors | | | | 15,000.00 | |
| | | | **NET Receipts / Disbursements** | | | **$139,514.15** | **$-15,000.00** | |

{} Asset reference(s)

Printed: 01/26/2011 10:39 AM    V.12.56

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 08-72734
**Case Name:** HERDING, NORBERT L
HERDING, ELKE E
**Taxpayer ID #:** **-***0984
**Period Ending:** 01/26/11

**Trustee:** STEPHEN G. BALSLEY (330410)
**Bank Name:** The Bank of New York Mellon
**Account:** 9200-******56-66 - Checking Account
**Blanket Bond:** $1,500,000.00   (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 09/01/10 | | From Account #9200******5665 | Transfer to Closed Money Market Account | 9999-000 | 139,514.15 | | 139,514.15 |
| 09/01/10 | 101 | Barrick, Switzer, Long, Balsley & Van Evera | Dividend paid 100.00% on $2,605.50, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 2,605.50 | 136,908.65 |
| 09/01/10 | 102 | STEPHEN G. BALSLEY | Dividend paid 100.00% on $9,513.29, Trustee Compensation;  Reference: | 2100-000 | | 9,513.29 | 127,395.36 |
| 09/01/10 | 103 | Roundup Funding, LLC | Dividend paid 100.00% on $190.26; Claim# 1; Filed: $190.26; Reference: | 7100-000 | | 190.26 | 127,205.10 |
| 09/01/10 | 104 | Roundup Funding, LLC | Dividend paid 100.00% on $3,617.79; Claim# 2; Filed: $3,617.79; Reference: | 7100-000 | | 3,617.79 | 123,587.31 |
| 09/01/10 | 105 | Advanta Bank Corp | Dividend paid 100.00% on $4,822.70; Claim# 3; Filed: $4,822.70; Reference: | 7100-000 | | 4,822.70 | 118,764.61 |
| 09/01/10 | 106 | eCAST Settlement Corporation assignee of | Dividend paid 100.00% on $1,181.63; Claim# 4; Filed: $1,181.63; Reference: | 7100-000 | | 1,181.63 | 117,582.98 |
| 09/01/10 | 107 | HSBC CONSUMER LENDING USA INC | Dividend paid 100.00% on $14,949.18; Claim# 5; Filed: $14,949.18; Reference: | 7100-000 | | 14,949.18 | 102,633.80 |
| 09/01/10 | 108 | Recovery Management Systems Corporation | Dividend paid 100.00% on $1,094.73; Claim# 6; Filed: $1,094.73; Reference: | 7100-000 | | 1,094.73 | 101,539.07 |
| 09/01/10 | 109 | Chase Bank USA NA | Dividend paid 100.00% on $7,287.64; Claim# 7; Filed: $7,287.64; Reference: | 7200-000 | | 7,287.64 | 94,251.43 |
| 09/01/10 | 110 | Roundup Funding, LLC | Dividend paid 100.00% on $8.13; Claim# 1I; Filed: $8.13; Reference: | 7990-000 | | 8.13 | 94,243.30 |
| 09/01/10 | 111 | Roundup Funding, LLC | Dividend paid 100.00% on $154.66; Claim# 2I; Filed: $154.66; Reference: | 7990-000 | | 154.66 | 94,088.64 |
| 09/01/10 | 112 | Advanta Bank Corp | Dividend paid 100.00% on $206.16; Claim# 3I; Filed: $206.16; Reference: | 7990-000 | | 206.16 | 93,882.48 |
| 09/01/10 | 113 | eCAST Settlement Corporation assignee of | Dividend paid 100.00% on $50.51; Claim# 4I; Filed: $50.51; Reference: | 7990-000 | | 50.51 | 93,831.97 |
| 09/01/10 | 114 | HSBC CONSUMER LENDING USA INC | Dividend paid 100.00% on $639.05; Claim# 5I; Filed: $639.05; Reference: | 7990-000 | | 639.05 | 93,192.92 |
| 09/01/10 | 115 | Recovery Management Systems Corporation | Dividend paid 100.00% on $46.80; Claim# 6I; Filed: $46.80; Reference: | 7990-000 | | 46.80 | 93,146.12 |
| 09/01/10 | 116 | Chase Bank USA NA | Dividend paid 100.00% on $311.54; Claim# 7I; Filed: $311.54; Reference: | 7990-000 | | 311.54 | 92,834.58 |
| 09/01/10 | 117 | HERDING, NORBERT L | Dividend paid 100.00% on $92,834.58; Claim# SURPLUS; Filed: $92,834.58; Reference: | 8200-000 | | 92,834.58 | 0.00 |

Subtotals :     $139,514.15     $139,514.15

{} Asset reference(s)

Printed: 01/26/2011 10:39 AM     V.12.56

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

**Case Number:** 08-72734  
**Case Name:** HERDING, NORBERT L  
HERDING, ELKE E  
**Taxpayer ID #:** **-***0984  
**Period Ending:** 01/26/11

**Trustee:** STEPHEN G. BALSLEY (330410)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******56-66 - Checking Account  
**Blanket Bond:** $1,500,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 139,514.15 | 139,514.15 | $0.00 |
| | | | Less: Bank Transfers | | 139,514.15 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 139,514.15 | |
| | | | Less: Payments to Debtors | | | 92,834.58 | |
| | | | **NET Receipts / Disbursements** | | $0.00 | $46,679.57 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # 9200-******56-65** | 139,514.15 | -15,000.00 | 0.00 |
| **Checking # 9200-******56-66** | 0.00 | 46,679.57 | 0.00 |
| | $139,514.15 | $46,679.57 | $0.00 |